**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 2, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MERRILL ROSS MOON,

    Defendant - Appellant.

No. 20-1333
(D.C. No. 1:20-CR-00061-RBJ-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on the Government's *Unopposed Motion for Remand*, by which it requests that this court vacate the U.S. District Court for the District of Colorado's order sentencing Appellant, and remand to the district court for further proceedings in light of the United States Supreme Court's decision in *Borden v. United States*, No. 19-5410, 2021 WL 2367312 (U.S. June 10, 2021).

Upon consideration, the court grants the motion, vacates the district court's sentencing order, remands the case to the district court for further proceedings in

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

light of *Borden v. United States*, No. 19-5410, 2021 WL 2367312 (U.S. June 10, 2021), and dismisses this appeal.

The mandate shall issue forthwith.

Entered for the Court

Per Curiam